Geordie Duckler, OSB #873780
9397 SW Locust St.
Tigard, Oregon 97223
Telephone: (503) 546-8052
Facsimile: (503) 241-5553
geordied@animallawpractice.com
Attorney for Plaintiff

FILED 6 JUL '11 16:28 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| CRAIG DOWNER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; KEN SALAZAR, Secretary of the United States Department of the Interior; ROBERT ABBEY, Director of the Bureau of Land Management; KENNETH McDANIEL, District Manager of Burns Field Office,<br><br>Defendants. | Case no. CV'11-816  SU<br><br>ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER<br>[Fed.R.Civ.P. 65(b)] |

THIS MATTER having come to be heard in open court on plaintiff's EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER under Fed.R.Civ.P. 65(b), and the Court, having considered the motion and all papers and pleadings thereon, the oral argument by plaintiff's counsel on the matter, and the court file herein,

1   IT IS HEREBY ORDERED THAT:

2   Plaintiff's motion is _denied_ for failure to comply with Rule 65(b)(1)(B)
3   and Rule 65(c). The Court will set Rule 65(c) security at $1000.

4   IT IS SO ORDERED.

5   DATED: 7/6, 2011

6

7

8   _____
    District Court Judge

9

10  Submitted by:

11  Geordie Duckler, OSB #873780
12  9397 SW Locust St.
    Tigard, Oregon 97223
13  Telephone: (503) 546-8052
    Facsimile: (503) 241-5553
14  geordied@animallawpractice.com
    Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON PLAINTIFF'S EMERGENCY MOTION
FOR TEMPORARY RESTRAINING ORDER - 2

Geordie Duckler, P.C.
9397 SW Locust St.
Tigard, OR 97223